TIMOTHY COURCHAINE
United States Attorney
District of Arizona
ARON KETCHEL
Assistant United States Attorney
Arizona State Bar No. 038421
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: Aron.Ketchel@usdoj.gov
Attorneys for Plaintiff

☒ FILED    ☐ LODGED

Nov 21 2025

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-25-01591-PHX-SMB (DMF) |
| Plaintiff, | **NOTICE OF RELATED CASES** |
| vs. | |
| Robert Swagger, | |
| Defendant. | |

Pursuant to Local Rule 5.l, the United States of America, by and through its attorneys undersigned, hereby gives notice to the court that this case is directly related to another pending criminal case, United States v. Robert Swagger, CR-23-1292-PHX-SMB.

Respectfully submitted this 20th day of November, 2025.

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

*/s/ Aron Ketchel*
Digitally signed by ARON KETCHEL
Date: 2025.11.20 16:22:15 -07'00'

ARON KETCHEL
Assistant U.S. Attorney