Mark S. Kokanovich (021168)
kokanovichm@ballardspahr.com
BALLARD SPAHR LLP
1 East Washington Street, Suite 2300
Phoenix, AZ 85004-2555
Telephone: 602.798.5400
Facsimile: 602.798.5595

Elizabeth Kelley *(pro hac vice)*
zealousadvocacy@aol.com
Elizabeth Kelley, Attorney at Law
2525 E 29th Ave., Ste. 10-B #225
Spokane, WA 99223
Telephone: 866-928-5792

*Attorneys for Defendant Robert Swagger*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>   Plaintiff,<br><br>vs.<br><br>Robert Swagger,<br><br>   Defendant. | NO. CR-23-1292-PHX-SMB (DMF)<br><br>**UNOPPOSED MOTION TO MODIFY RELEASE CONDITIONS** |

Defendant Robert Swagger, by and through his undersigned counsel, respectfully moves this Court for an Order modifying his release conditions to permit him to have contact with K.W.

1. Mr. Swagger is currently scheduled for sentencing on March 2, 2026. His release conditions, set by Magistrate Judge Deborah M. Fine on December 16, 2025, prohibit him from communicating with K.W.

2. On December 2, 2025, K.W. left Mr. Swagger a voicemail, asking him to connect and catch-up. In light of this, Mr. Swagger wishes to communicate with K.W.

3. The United States of America, by AUSA Aron Ketchel, has indicated that it does not oppose this request.

WHEREFORE, Mr. Swagger respectfully requests that the Court enter an Order modifying his release conditions to allow him to communicate with K.W.

RESPECTFULLY SUBMITTED this 24th day of December, 2025.

**BALLARD SPAHR LLP**

By: *Mark S. Kokanovich*
    Mark S. Kokanovich
    Helen Hitz
    Ballard Spahr LLP
    1 E Washington St., Ste 2300
    Phoenix, AZ 85004

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 24th day of December, 2025, I electronically filed the foregoing document to U.S. District Court for the District of Arizona Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all ECF registrants.

*/s/ Britney Tomko*

Ballard Spahr LLP
1 East Washington Street, Suite 2300
Phoenix, AZ 85004-2555